UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RODNEY DUPAS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-3178** |
| **WARDEN ALVIN JONES** | **SECTION "I" (3)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Rodney Dupas's petition for issuance of a Writ of Habeas Corpus pursuant to Title 28 U.S.C. § 2254 is transferred to the United States District Court for the Western District of Louisiana for further proceedings.

New Orleans, Louisiana, this      26th      day of January, 2012.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE